United States District Court
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RAYMOND D. CLARK, | ) | |
|---|---|---|
| | ) | No. C 06-01895 JW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| ANDREA MERCADO, | ) | (Docket No. 10) |
| | ) | |
| Defendant. | ) | |

On March 10, 2006, plaintiff filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Under 28 U.S.C. § 1441(b), defendant removed the action to this Court as having original jurisdiction over civil actions arising under the Constitution under 28 U.S.C. § 1331. Plaintiff did not file an opposition to removal. Defendant filed a motion asking the court to screen the complaint under 28 U.S.C. § 1915A. Removal appearing proper, the Court granted defendant's motion to screen the complaint pursuant to 28 U.S.C. § 1915A.

On March 16, 2007, the Court dismissed the complaint with leave to amend

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.06\Clark01895_dismissal.wpd

1  with respect to plaintiff's claim of denial of access to courts, and plaintiff was given

2  thirty days to file an amended complaint thereon.  Plaintiff was warned to keep the

3  court informed of any change of address and to comply with the court's orders in a

4  timely fashion, and that failure to do so may result in the dismissal of this action,

5  pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.  A copy

6  of that order to petitioner was returned as undeliverable on March 28, 2006, and it

7  was indicated that petitioner was released on parole.

8       On May 2, 2007, defendant filed a motion to dismiss the case for plaintiff's

9  failure to comply with the court's order, i.e., to keep the court informed of his

10  change of address.  Defendant's motion to dismiss is GRANTED.  Because sixty

11  (60) days have passed since the court's mail to petitioner was returned as

12  undeliverable, and the court has received no written communication from petitioner

13  indicating a current address, the case is DISMISSED without prejudice pursuant to

14  Local Rule 3-11(b).

15       This order terminates Docket No. 10.  The clerk shall close the file.

17  DATED:   June 7, 2007

                                   JAMES WARE
18                                     United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.06\Clark01895_dismissal.wpd     2